IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JUSTIN WOODEN,
ADC #139811                                                                                          PLAINTIFF

v.                                            5:10cv00029SWW/JTK

SGT. WASHINGTON                                                                         DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 21st day of May, 2010.


/s/Susan Webber Wright
United States District Judge